Marlene **FEARING**, Appellant,

**M.A. Fearing Companies, Inc.; M.A. Fearing, Inc.; Progressive Real Estate, Inc., Plaintiffs,**

v.

**CITY OF LAKE ST. CROIX BEACH; Mary Parr; Robert 'Bob' Swenson; Linda O'Donnell, personally and as employees/agents of City of Lake St. Croix, Appellees.**

No. 06–2300.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 5, 2007.

Filed: Nov. 8, 2007.

Marlene Fearing, Oro Valley, AZ, pro se.

Jon Kermit Iverson, Susan Marie Tindal, Iverson & Reuvers, Bloomington, MN, Jon Erik Kingstad, Oakdale, MN, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Marlene Fearing appeals the district court's[1] dismissal of a complaint wherein Fearing and three business entities asserted claims under 42 U.S.C. § 1983 and state law. The business entities were dismissed from this appeal after they failed to respond to a show-cause order related to the need for appellate counsel. Thus, the only issue that remains is the dismissal without prejudice of Fearing's state-law claims, over which the district court declined to exercise supplemental jurisdiction, *see* 28 U.S.C. § 1367(c)(3), and we find no abuse of discretion, *see Gibson v. Weber*, 433 F.3d 642, 647 (8th Cir.2006) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.